# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-4152-JFW(ASx)** | Date: June 23, 2020 |
| Title: | Pepe Steffany -v- Menzies Aviation USA, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [filed 6/22/2020; Docket No. 21]

On May 28, 2020, Plaintiff Pepe Steffany ("Plaintiff") filed a Motion to Remand. On June 8, 2020, Defendant Menzies Aviation (USA), Inc. ("Defendant") filed its Opposition. On June 15, 2020, Plaintiff filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for June 29, 2020 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Plaintiff's moving and reply papers, the Court concludes that Plaintiff, having been born in American Samoa, is neither a United States citizen nor a citizen or subject of a foreign state for the purposes of 28 U.S.C. § 1332(a)(1) or (a)(2). Accordingly, the Court does not have diversity jurisdiction, and Plaintiff's Motion to Remand is **GRANTED**. The Court signs, as modified, Plaintiff's Proposed Statement of Decision lodged with the Court on June 17, 2020 [Docket No. 31-1]. This action is hereby **REMANDED** to Los Angeles County Superior Court for lack of subject matter jurisdiction.

IT IS SO ORDERED.